In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00375-CV
_____

NORMAN CRITTENDON, Appellant

V.

J. DOE, ET AL, Appellees

_____

On Appeal from the County Court at Law
Polk County, Texas
Trial Cause No. CV03358

_____

## MEMORANDUM OPINION

The trial court signed a final judgment on October 25, 2016. Norman Crittendon filed a notice of appeal but failed to file a brief. On February 13, 2017, we notified the appellant that we had granted a final extension, that his brief was due to be filed on or before April 17, 2017, and that no motions for extension of time would be entertained. On April 18, 2017, we notified the parties that the brief had not been filed and warned that the appeal would be submitted without briefs unless we received the brief and a motion for extension of time by April 28, 2017.

1

Crittendon filed a motion to abate the appeal and a motion for extension of time, but he failed to submit a brief with his motion for extension. On June 14, 2017, we denied Crittendon's motion to abate the appeal, notified the parties that the appellant's brief had not been filed, warned the appellant that his failure to file a brief could result in a dismissal of the appeal for want of prosecution, and notified the parties that the appeal would be submitted to the Court on July 5, 2017, without briefs and without oral argument. *See* Tex. R. App. P. 39.8.

In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on July 5, 2017
Opinion Delivered July 20, 2017

Before McKeithen, C.J., Kreger and Horton, JJ.